UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS ,

                Petitioner,

    v.

STATE OF WASHINGTON, et al.,

                Respondent.

CASE NO. 2:22-cv-01609-RAJ-BAT

**ORDER OF DISMISSAL**

      Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections and the record, the Court finds and ORDERS:

      (1)     The Court ADOPTS the Report and Recommendation.

      (2)     The case is dismissed with prejudice and issuance of a certificate of appealabilty is denied. The application to proceed in forma pauperis, Dkt. 1, is stricken as moot.

      (3)     The Clerk is directed to provide a copy of this Order to Petitioner.

      Dated this 7th day of December, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1